UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Paul Kinchloe, #197465,

    Plaintiff(s),

Case No. 18-13214

v.

Judge Victoria A. Roberts

Paul Eyke, et al.,

Magistrate Judge R. Steven Whalen

    Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __77__, filed ____11/14/19____, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Linda Vertriest__ at __(313) 234-5230__.

DAVID J. WEAVER, CLERK OF COURT

Dated: November 14, 2019

s/Linda Vertriest
Deputy Clerk